UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDER DIVISION

CASE NO.: 0:16-CV-60062-JIC

MANUEL GALEANO,

      Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC,

      Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix his electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| /s/Seth Wieder<br>Seth Wieder Esq.<br>Florida Bar No.  91704<br>seth@floridaloanlawyers.com<br>Loan Lawyers, LLC<br>2150 S. Andrews Ave., 2nd Floor<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 523-4357<br>Facsimile: (954) 581-2786<br><br>*Counsel for Plaintiff* | /s/ Brendan I. Herbert<br>Brendan I. Herbert, Esq.<br>Florida Bar No. 76925<br>bherbert@leoncosgrove.com;<br>bweinberg@leoncosgrove.<br>Leon Cosgrove, LLC<br>255 Alhambra Circle, Suite 800<br>Coral Gables, FL 33134<br>Telephone: (305)740-1975<br>Facsimile: (305)437-8157<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 11, 2016 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Brendan I. Herbert, Esq.
Leon Cosgrove, LLC
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Counsel for Defendant BAYVIEW
Service by CM/ECF

                                          LOAN LAWYERS, LLC
                                          *Attorneys for Plaintiff*
                                          2150 S. Andrews Ave., 2nd Floor
                                          Fort Lauderdale, FL 33316
                                          Telephone:  (954) 523-4357
                                          Facsimile:  (954) 581-2786

                                          */s/Seth Wieder*_____
                                          Seth Wieder, Esq.
                                          Florida Bar No. 91704
                                          seth@floridaloanlawyers.com